UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00050-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DONALD EUGENE ELLIOTT,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Request for Review of Magistrate Court's Order (#20). While the detention decision of the magistrate judge will be vacated and remanded for reconsideration in light of recent developments in appellate jurisprudence, as outlined in the government's Response, the Federal Defender is *reminded* that a United States Magistrate Judge does not preside over "magistrate's court" as her motion suggests, but is a judge of the district court who at all times presides in the district court.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Request for Review of Magistrate Court's Order (#s 20 & 21) are **GRANTED**, and the determination and Order of detention is **VACATED** and **REMANDED** for further consideration in light of the government's Response.

Signed: August 12, 2015

Max O. Cogburn Jr.
United States District Judge