UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-CR-50

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DONALD EUGENE ELLIOTT, | ) | |
| Defendant. | ) | |

Previously, the Court ordered Defendant to report on September 1, 2015, for pretrial detention. The District Court vacated this Order and remanded the case for further proceedings. In an abundance of caution, this Court now enters the following Order directing Defendant that he does not have to report on September 1, 2015. Defendant may remain on the terms of conditions of pretrial release pending a further Order of the Court addressing the issue of pretrial detention.

Signed: August 26, 2015

Dennis L. Howell
United States Magistrate Judge